737 A.2d 246

**Daniel L. GILLIN**

v.

**WORKERS' COMPENSATION APPEAL BOARD
(BECHTEL CONSTRUCTION CO.).**

**Appeal of Bechtel Construction Co.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 1999.

Decided Sept. 28, 1999.

Harry J. Klucher, Michael A. Cohen, Pietragallo Bosick & Gordon, for Bechtel Const.

Susan Paczak, Bryan K. Shreckengost, Pittsburgh, for Daniel Gillin.

Amber Kenger, Mechanicsburg, for WCAB.

Before FLAHERTY, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice ZAPPALA did not participate in the consideration or decision in this matter.